STATE OF CONNECTICUT *v.* CLINT PICKERING

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 536 (AC 13975), is denied.

*Joseph E. Mascaro, Kevin Majewski* and *M. Donald Cardwell,* in support of the petition.

*Michele C. Lukban,* deputy assistant state's attorney, in opposition.

Decided September 13, 1995

STATE OF CONNECTICUT *v.* JOHN FITZGERALD
WIDEMAN

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 581 (AC 13207), is denied.

*Barry A. Butler,* assistant public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 639 (AC 14092), is denied.